**1056**

No. 914. NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY FIRST MORTGAGE 4% BONDHOLDERS COMMITTEE v. SMITH, TRUSTEE OF PROPERTY OF NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO., ET AL.;

No. 916. MANUFACTURERS HANOVER TRUST CO., TRUSTEE v. UNITED STATES ET AL.;

No. 920. CHASE MANHATTAN BANK, N. A., TRUSTEE v. PENN CENTRAL CO. ET AL.;

No. 1038. PENN CENTRAL CO. v. MANUFACTURERS HANOVER TRUST CO., TRUSTEE, ET AL.; and

No. 1057. UNITED STATES ET AL. v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY FIRST MORTGAGE 4% BONDHOLDERS COMMITTEE ET AL. Petitions for certiorari before judgment to C. A. 2d Cir.; and

No. 915. NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY FIRST MORTGAGE 4% BONDHOLDERS COMMITTEE v. UNITED STATES ET AL.;

No. 917. MANUFACTURERS HANOVER TRUST CO., TRUSTEE v. UNITED STATES ET AL.; and

No. 921. CHASE MANHATTAN BANK, N. A., TRUSTEE v. UNITED STATES ET AL. Appeals from D. C. S. D. N. Y.

Motion to expedite granted. Probable jurisdiction noted in Nos. 915, 917, and 921. Certiorari granted in Nos. 914, 916, 920, 1038, and 1057. Cases consolidated and a total of three hours allotted for oral argument. The bondholders and the New Haven trustee shall file their main briefs by February 26, 1970; and the briefs of Penn Central, the United States, the Interstate Commerce Commission, and the States of Connecticut and New York shall be filed by March 18, 1970. MR. JUSTICE MARSHALL took no part in the consideration or decision of these matters.

*Lester C. Migdal* and *Lawrence W. Pollack* for petitioner in No. 914, and for appellant in No. 915. *Whitney North Seymour* and *Albert X. Bader, Jr.,* for petitioner in No. 916, and for appellant in No. 917. *Wilkie Bushby*

and *Joseph Schreiber* for petitioner in No. 920, and for appellant in No. 921. *Hugh B. Cox, Roswell B. Perkins, Ulrich Schweitzer, Francis T. P. Plimpton, Samuel E. Gates,* and *Robert L. King* for petitioner in No. 1038. *Solicitor General Griswold, Assistant Attorney General McLaren, Deputy Solicitor General Springer, Howard E. Shapiro, Robert W. Ginnane,* and *Leonard S. Goodman* for the United States et al. in No. 1057. They also filed a memorandum for the United States in Nos. 914, 915, 916, 917, 920, 921, and 1038. *Joseph Auerbach, James Wm. Moore, Robert G. Bleakney, Jr.,* and *Morris Raker* for Smith, respondent in Nos. 914, 916, and 920, and appellee in Nos. 915, 917, and 921. *Messrs. Griswold* and *Ginnane* on the motion to expedite. Reported below: Nos. 915, 917, and 921, 305 F. Supp. 1049. Nos. 914, 916, 920, 1038, and 1057, see 304 F. Supp. 793 and 1136.